| Attorney or Party without Attorney:<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br>Attorney For: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.:<br>4849-002B | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT for the Western District of Texas | | | | |
| Plaintiff: REDSTONE LOGICS LLC<br>Defendant: NXP SEMICONDUCTORS N.V., NXP B.V. | | | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>7:24-cv-00028-DC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Plaintiff's Corporate Disclosure Statement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Notice of Case Assignment

3. a. Party served: NXP USA, INC.
   b. Person served: Latoya Sorrells, authorized to accept Corporation Service Company, agent for service of process
      Served under F.R.C.P. Rule 4.

4. Address where the party was served: 211 East 7th Street, Suite 620, Austin, TX 78701

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Jan 31 2024 (2) at: 03:30 PM

6. **Person Who Served Papers:**
   a. Dane Ray Cuppett
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee for Service was:* $301.75

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

02/01/2024
(Date)                     (Signature)



PROOF OF SERVICE

10340536
(5599191)