**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **REDSTONE LOGICS LLC,** | § § § § | |
| **Plaintiff,** | § § | NO. 7:24-cv-00028 |
| v. | § § | |
| **NXP SEMICONDUCTORS N.V., NXP B.V., AND NXP USA, INC.** | § § § | |
| **Defendants.** | § § | |

## NOTICE OF APPEARANCE ERIC C. GREEN

Eric C. Green makes his appearance as counsel on behalf of Defendant NXP USA, Inc. ("NXP"). He is a member in good standing with the bar of this Court and is registered as a Filing User for its Electronic Filing System. He requests service of pleadings and orders in accord with the Local Rules through the contact information as noted below.

| | |
|---|---|
| February 20, 2024 | Respectfully submitted,<br><br>By:    /s/ *Eric C. Green*<br><br>Richard S. Zembek (SBN 00797726)<br>richard.zembek@nortonrosefulbright.com<br>**NORTON ROSE FULBRIGHT US LLP**<br>Fulbright Tower<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095<br>Tel:    (713) 651-5151<br>Fax:    (713) 651-5246<br><br>Eric C. Green (SBN 24069824)<br>Eric.green@nortonrosefulbright.com<br>**NORTON ROSE FULBRIGHT US LLP**<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas 78701<br>Tel:    (512) 474-5201<br>Fax:    (512) 536-4598<br><br>**COUNSEL FOR DEFENDANT NXP USA, INC.** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 20, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ *Eric C. Green*