IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>Plaintiff,<br><br>v.<br><br>NXP SEMICONDUCTORS N.V., NXP B.V., AND NXP USA, INC.<br><br>Defendants. | NO. 7:24-cv-00028 |

## ORDER

Before this Court is Defendant NXP USA, Inc.'s ("NXP") Unopposed Motion For Extension of Time to Respond to Plaintiff's Complaint.

After considering the motion, the motion is GRANTED. NXP will have until April 8, 2024 to answer or otherwise respond to Plaintiff's Complaint.