**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **REDSTONE LOGICS LLC,** | § | |
| | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | **NO. 7:24-cv-00028** |
| | § | |
| **v.** | § | |
| | § | |
| **NXP SEMICONDUCTORS N.V., NXP** | § | |
| **B.V., AND NXP USA, INC.** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE RICHARD S. ZEMBEK

Richard S. Zembek makes his appearance as counsel on behalf of Defendants NXP

Semiconductors N.V. and NXP B.V. (collectively "NXP").  He is a member in good standing

with the bar of this Court and is registered as a Filing User for its Electronic Filing System.  He

requests service of pleadings and orders in accord with the Local Rules through the contact

information as noted below.

February 21, 2024                          Respectfully submitted,


By:      /s/ *Richard S. Zembek*


Richard S. Zembek (SBN 00797726)
richard.zembek@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel:    (713) 651-5151
Fax:    (713) 651-5246


Eric C. Green (SBN 24069824)
Eric.green@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Tel:    (512) 474-5201
Fax:    (512) 536-4598


**COUNSEL FOR DEFENDANTS NXP
SEMICONDUCTORS N.V., NXP B.V.,
AND NXP USA, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 21, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ *Richard S. Zembek*