IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| REDSTONE LOGICS LLC, | § § § § | |
| Plaintiff, | § § | NO. 7:24-cv-00028 |
| v. | § § | |
| NXP SEMICONDUCTORS N.V., NXP B.V., AND NXP USA, INC. | § § § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE ERIC C. GREEN

Eric C. Green makes his appearance as counsel on behalf of Defendants NXP Semiconductors N.V. and NXP B.V. (collectively "NXP"). He is a member in good standing with the bar of this Court and is registered as a Filing User for its Electronic Filing System. He requests service of pleadings and orders in accord with the Local Rules through the contact information as noted below.

February 21, 2024                                     Respectfully submitted,

                                                   By:     /s/ *Eric C. Green*

                                     Richard S. Zembek (SBN 00797726)
                                     richard.zembek@nortonrosefulbright.com
                                     **NORTON ROSE FULBRIGHT US LLP**
                                     Fulbright Tower
                                     1301 McKinney, Suite 5100
                                     Houston, Texas 77010-3095
                                     Tel:    (713) 651-5151
                                     Fax:   (713) 651-5246

                                     Eric C. Green (SBN 24069824)
                                     Eric.green@nortonrosefulbright.com
                                     **NORTON ROSE FULBRIGHT US LLP**
                                     98 San Jacinto Boulevard, Suite 1100
                                     Austin, Texas 78701
                                     Tel:    (512) 474-5201
                                     Fax:   (512) 536-4598

                                     **COUNSEL FOR DEFENDANTS NXP SEMICONDUCTORS N.V., NXP B.V., AND NXP USA, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 21, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ *Eric C. Green*