IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NXP SEMICONDUCTORS N.V., NXP B.V., AND NXP USA, INC.,<br><br>    Defendants. | CASE NO. 7:24-cv-00028-DC-DTG |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO WITHDRAW PRIOR MOTION FOR EXTENSION**

Defendants NXP USA, Inc. ("NXP USA"), NXP Semiconductors N.V., and NXP B.V., by and through their undersigned counsel, pursuant to Local Rule CV-7, file this Unopposed Motion for an Extension of Time to Respond to Plaintiff Redstone Logics LLC's ("Redstone") Complaint.

The Complaint was served on NXP USA on January 31, 2024, and the current response date is February 21, 2024. NXP Semiconductors N.V. and NXP B.V. (foreign entities) waived service of process on February 20, 2024, making their response due on May 20, 2024.

The parties have met and conferred per L.R. CV-7(g). NXP USA has requested and Redstone has consented to a 90-day extension for NXP USA to answer or respond to the Complaint, corresponding with the response date of NXP Semiconductors N.V. and NXP B.V. The additional 90 days will not alter the date of any event or any deadline already fixed by Court order. The new response date will be May 20, 2024 for all defendants.

On February 20, 2024 NXP USA, Inc. alone sought a more limited extension of time. Dkt. 9. After NXP USA, Inc. filed its motion, the parties reached the agreement reflected herein

addressing all parties.  Accordingly, NXP withdraws the pending Motion for Extension of Time, Dkt. 9, and brings the instant motion instead.

NXP Semiconductors N.V., NXP B.V., and NXP USA respectfully request that the Court enter an order granting the 90-day extension.

Date: February 21, 2024

Respectfully submitted,

/s/ *Eric C. Green*
Richard S. Zembek (SBN 00797726)
richard.zembek@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5151
Fax: (713) 651-5246

Eric C. Green (SBN 24069824)
eric.green@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Tel: (512) 474-5201
Fax: (512) 536-4598

*Attorneys for Defendants NXP Semiconductors N.V., NXP B.V., and NXP USA, INC.*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(g), the undersigned, outside counsel for Defendants hereby certifies on behalf of Defendants that on February 20, 2024, he conferred by email with Mr. Reza Mirzaie, counsel for Plaintiff, and that Plaintiff is unopposed to the relief requested herein.

By: */s/ Eric C. Green*
Eric C. Green

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

By: */s/ Eric C. Green*
Eric. C. Green