IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>NXP SEMICONDUCTORS N.V., NXP B.V., AND NXP USA, INC.,<br><br>        Defendants. | CASE NO. 7:24-cv-00028-DC-DTG |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Upon consideration of NXP USA, Inc., NXP Semiconductors N.V., and NXP B.V.'s ("Defendants") Unopposed Motion for an Extension of Time to Respond to Complaint:

IT IS ORDERED that the motion is granted, and the new response date for Defendants to answer or otherwise respond to Plaintiff's Complaint is May 20, 2024.

Entered this _____ day of _____, 2024

_____
Honorable Derek T. Gilliland
United States Magistrate Judge