IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| REDSTONE LOGICS LLC, | § | |
|   *Plaintiff*, | § | |
| | § | |
| v. | § | NO. MO:24-CV-00028 |
| | § | |
| NXP SEMICONDUCTORS N.V., NXP B.V., | § | |
| AND NXP USA, INC., | § | |
|   *Defendants*. | § | |

## ORDER

    Before the Court is the Parties' Joint Stipulation of Dismissal Without Prejudice as to Defendants **NXP SEMICONDUCTORS N.V.** and **NXP B.V.** (Doc. 14) filed May 15, 2024. Plaintiff asks that the Court dismiss all claims against Defendants **NXP SEMICONDUCTORS N.V.** and **NXP B.V.**, without prejudice. (*Id.*). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. Plaintiff has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). This stipulation has no effect on Plaintiff's claims against Defendant **NXP USA, INC.**, to this action. This dismissal is without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(B).

    It is further **ORDERED** that all motions as to Defendant **NXP SEMICONDUCTORS N.V.** and **NXP B.V**, if any, are **DENIED** as **MOOT**.

    It is so **ORDERED**.

    SIGNED this 16th day of May, 2024.

                                                  DAVID COUNTS
                                                UNITED STATES DISTRICT JUDGE