IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **REDSTONE LOGICS LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**NXP SEMICONDUCTORS N.V., NXP B.V., AND NXP USA, INC.**<br><br>Defendants. | NO. 7:24-cv-00028-DC-DTG |

## ORDER

Defendant NXP USA, Inc. Motion to Dismiss for Failure to State a Claim is hereby **GRANTED**. Plaintiff Redstone, LLC's complaint—including its claims of direct and indirect infringement and Section 271(f) infringement by NXP USA, Inc.—is **DISMISSED**.

**SIGNED** this _____ day of _____, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

201287676.2