IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **REDSTONE LOGICS LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**NXP SEMICONDUCTORS N.V., NXP B.V., AND NXP USA, INC.**<br><br>Defendants. | NO. 7:24-cv-00028-DC-DTG |

**DECLARATION OF ERIC C. GREEN IN SUPPORT OF
NXP USA, INC.'S RENEWED MOTION TO DISMISS**

I, Eric C. Green, hereby declare as follows:

1. I am a member of the bar of the State of Texas and have been admitted to practice in the Western District of Texas. I am a partner in the firm of Norton Rose Fulbright LLP and I represent Defendant NXP USA, Inc. in the above captioned case. I have personal knowledge of the facts stated below.

2. Attached hereto as **Exhibit 1** is a true and correct copy of annotated excerpts from a document that Plaintiff Redstone Logics LLC identified by URL in Exhibit 2 to the Amended Complaint (Dkt. 18-2 at, *e.g.*, 19), entitled "ARM® CoreTile Express A15×2 A7×3 Technical Reference Manual."

Executed this 1st day of July, 2024, at Austin, Texas.

/s/ *Eric C. Green*
Eric C. Green