IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

**REDSTONE LOGICS LLC,**

    **Plaintiff,**

v.

**NXP SEMICONDUCTORS N.V., NXP B.V., AND NXP USA, INC.**       NO. 7:24-cv-00028-DC-DTG

    **Defendants.**

## ORDER

Defendant NXP USA, Inc.'s Renewed Motion to Dismiss for Failure to State a Claim is hereby GRANTED. Plaintiff Redstone, LLC's Amended Complaint—including its claims of direct and induced infringement by NXP USA, Inc.—is DISMISSED WITH PREJUDICE.

**SIGNED** this _____ day of _____, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

201851264.3