# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC<br><br>*Plaintiff,*<br><br>v.<br><br>NXP SEMICONDUCTORS N.V., NXP B.V., AND NXP USA, INC.<br><br>*Defendants*. | Case No. 7:24-cv-00028-DC-DTG<br><br>**JURY TRIAL DEMANDED** |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiff Redstone Logics LLC files this Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss (Dkt. 16). Plaintiff requests a one-week extension of time for Plaintiff to file its response to Defendants' motion from July 15, 2024 to July 22, 2024. Redstone has been diligently preparing its response and respectfully requests a brief extension of time in order to continue preparing its response. This extension is not sought for prejudice or delay, but for good cause and so that justice may be served.

Counsel for the parties have conferred and Defendants do not oppose this extension. Accordingly, Plaintiff requests that the Court grant the motion and enter the attached proposed Order.

Dated: July 15, 2024

/s/ *Reza Mirzaie*
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com

ATTORNEYS FOR PLAINTIFF,
REDSTONE LOGICS LLC

## CERTIFICATE OF SERVICE

    I certify that on July 15, 2024, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

                                                          */s/ Reza Mirzaie*
                                                          Reza Mirzaie