UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC<br><br>*Plaintiff,*<br><br>v.<br><br>NXP SEMICONDUCTORS N.V., NXP B.V., AND NXP USA, INC.<br><br>*Defendants*. | Case No. 7:24-cv-00028-DC-DTG<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

On this date the Court considered the Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, filed by Plaintiff Redstone Logics LLC. Based on the motion and the grounds set forth therein, and noting that the motion is unopposed, the Court finds that good cause has been established and the Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss should be granted.

THEREFORE, IT IS HEREBY ORDERED that Plaintiff's time to respond to the Motion (Dkt. No. 19) shall be extended by one week, from July 15, 2024 to July 22, 2024.

IT IS SO ORDERED.

Dated: _____          _____
                                     Hon. Derek T. Gilliland
                                     U.S. Magistrate Judge