# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NXP SEMICONDUCTORS N.V., NXP B.V., AND NXP USA, INC.<br><br>    Defendants. | NO. 7:24-cv-00028-DC-DTG |

**DEFENDANT NXP USA, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant NXP USA, Inc. hereby states that NXP Semiconductors N.V., NXP B.V. and Freescale Semiconductor Holdings V, Inc. are corporate parents of NXP USA, Inc. or are publicly-held corporations owning 10% or more of NXP USA, Inc.'s stock.

DATED: August 19, 2024

NORTON ROSE FULBRIGHT US LLP

By:   /s/ *Eric C. Green*

Richard S. Zembek
Texas State Bar No. 00797726
richard.zembek@nortonrosefulbright.com
NORTON ROSE FULBRIGHT
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel:   (713) 651-5151
Fax:   (713) 651-5246

Eric C. Green
Texas State Bar No. 24069824
eric.green@nortonrosefulbright.com

202439542.1

NORTON ROSE FULBRIGHT
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Tel: (512) 536-3094
Fax: (512) 536-4598

**ATTORNEYS FOR DEFENDANT NXP USA, INC.**

## CERTIFICATE OF SERVICE

I certify that on August 19, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: */s/ Eric C. Green*
Eric C. Green