UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>    Plaintiff,<br>  v.<br><br>NXP SEMICONDUCTORS N.V., NXP B.V., and NXP USA, Inc.<br><br>    Defendants. | Case No.  7:24-cv-00028-DC-DTG |
| REDSTONE LOGICS LLC,<br><br>    Plaintiff,<br>  v.<br><br>MEDIATEK, INC. AND MEDIATEK USA, INC.<br><br>    Defendants. | Case No.  7:24-cv-00029-DC-DTG |

## SCHEDULING ORDER

On August 22, 2024, the Court conducted a conference in the above entitled and numbered case. All parties appeared through counsel. As a result of such conference, and pursuant to Rule 16, Federal Rules of Civil Procedure, the Court **ORDERS** that the following schedule will govern deadlines up to and including the trial of this matter:

1

| Date | Deadline |
|---|---|
| 8/15/24 | Plaintiff serves preliminary infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date (i.e. the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit.<br><br>The parties may amend preliminary infringement contentions and preliminary invalidity contentions without leave of court so long as counsel certifies that it undertook reasonable efforts to prepare its preliminary contentions and the amendment is based on material identified after those preliminary contentions were served, and should do so seasonably upon identifying any such material. Any amendment to add patent claims requires leave of court so that the Court can address any scheduling issues. |
| 8/22/24 2:00 pm | Case Management Conference held in person in Waco before Judge Gilliland. |
| 10/10/24 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| 10/23/24 | Parties exchange claim terms for construction. |
| 11/6/24 | Parties exchange proposed claim constructions. |
| 11/13/24 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| 11/20/24 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| 12/4/24 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| 1/8/25 | Plaintiff files Responsive claim construction brief. |

| Date | Deadline |
| --- | --- |
| 1/22/25 | Defendant files Reply claim construction brief.<br><br>Parties to jointly email the law clerks to confirm their *Markman* date and to notify if any venue or jurisdictional motions remain unripe for resolution. |
| 2/5/25 | Plaintiff files Sur-Reply claim construction brief. |
| 2/8/25 | Parties submit Joint Claim Construction Statement. |
| 2/12/25 | Parties submit optional technical tutorials to the Court and technical adviser (if appointed). |
| 2/19/25 9:00 am | **Markman Hearing.** This date is a placeholder and the Court may adjust this date as the Markman hearing approaches. |
| 2/20/25 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). *Discovery commences on all issues.* |
| 4/2/25 | Deadline to add parties.<br>   *All motions to . . . add parties shall be filed on or before this date.* |
| 4/16/25 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| 6/11/25 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.).<br>   *All motions to amend pleadings . . . shall be filed on or before this date.* |
| 8/20/25 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court to arrange a teleconference with the Court to resolve the disputed issues. |
| 9/17/25 | Close of Fact Discovery |
| 10/1/25 | Opening Expert Reports.<br>   *Parties with burden of proof to designate Expert Witnesses and provide their expert witness reports, to include all information required by Rule 26(a)(2)(B).* |
| 10/29/25 | Rebuttal Expert Reports.<br>   *Parties shall designate Rebuttal Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness reports, to include all information required by Rule 26(a)(2)(B).* |
| 11/19/25 | Close of Expert Discovery.<br>*Expert Discovery Deadline. Expert discovery must be completed by this date.* |

| Date | Deadline |
|---|---|
| 12/3/25 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court for an estimate of the amount of trial time anticipated per side. The parties shall **file a Joint Report within 5 business days** regarding the results of the meet and confer. |
| 12/10/25 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>Deadline to file the joint report regarding results of meet and confer.<br><br>*Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge.* |
| 12/17/25 | *By this date the parties shall meet and confer to determine pre-trial deadlines, including, inter alia, exchange of exhibit lists, designations of and objections to deposition testimony, and exchange of demonstratives.* |
| 12/17/25 | Parties to contact Court to confirm their pretrial conference and trial dates. |
| 1/21/26 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, deposition designations). |
| 1/28/26 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 2/4/26 | Serve objections to rebuttal disclosures; file Motions *in-limine*. |
| 2/11/26 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine.*<br><br>From this date onwards, the parties are obligated to notify the Court of any changes to the asserted patents or claims. Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted patents and claims. If a change to the asserted patents or claims requires leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until. |
| 2/18/26 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter. |

| Date | Deadline |
|---|---|
| 2/18/26 | Deadline to file replies to motions *in limine*. |
| 2/25/26 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 2/27/26 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 3/4/26 | **Final Pretrial Conference**. Held in person at 9:00 am. |
| 3/26/26 | **Jury Selection** at 9:00 am in Midland. |
| 3/30/26 | **Trial Begins** at 9:00 am in Midland. |

SIGNED this _____ day of _____, 20\_\_\_\_.

_____

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE