# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

REDSTONE LOGICS LLC § 
§ CIVIL NO:
vs. § MO:24-CV-00028-DC
§
NXP SEMICONDUCTORS N.V., NXP B.V., §
NXP USA, INC.

## ORDER RESETTING JURY SELECTION

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **JURY SELECTION** in Courtroom 3, on the Third floor of the United States Courthouse, 200 E. Wall, Midland, TX, on **Monday, May 04, 2026 at 08:00 AM**.

IT IS SO ORDERED this 28th day of August, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE