# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>NXP SEMICONDUCTORS N.V., NXP B.V., and NXP USA, Inc.<br><br>            Defendants. | Case No.  7:24-cv-00028-DC-DTG |

## JOINT MOTION FOR SCHEDULING ORDER

The parties jointly submit the attached proposed First Amended Scheduling Order to govern the above-captioned cases.  The amended schedule reflects the parties' agreement regarding contentions and early claim construction deadlines.  The proposed amendments do not alter any scheduled hearing or trial.

Dated: October 7, 2024

Respectfully submitted,

By: */s/ Reza Mirzaie*

**RUSS AUGUST & KABAT**
Reza Mirzaie, SBN 246953
Email: rmirzaie@raklaw.com
Marc A. Fenster, SBN 181067
Email: mfenster@raklaw.com
Neil A. Rubin, SBN 250761
Email: nrubin@raklaw.com
Christian W. Conkle, SBN 306374
Email: cconkle@raklaw.com
Jonathan Ma, SBN 312773
Email: jma@raklaw.com

12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474

1

Facsimile: (310) 826-6991

Qi (Peter) Tong
TX SBN 24119042
Email: ptong@raklaw.com

4925 Greenville Avenue, Suite 200
Dallas, TX 75206
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff Redstone Logics LLC*

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Eric C. Green*

Richard S. Zembek
Texas State Bar No. 00797726
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
richard.zembek@nortonrosefulbright.com
Tel: (713) 651-5151
Fax: (713) 651-5246

Eric C. Green
Texas State Bar No. 24069824
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
eric.green@nortonrosefulbright.com
Tel: (512) 536-3094
Fax: (512) 536-4598

COUNSEL FOR DEFENDANT NXP USA, INC.

## CERTIFICATE OF SERVICE

I certify that on October 7, 2024, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

<u>/s/ Reza Mirzaie</u>

## CERTIFICATE OF CONFERENCE

I certify that counsel for Plaintiff conferred with counsel for Defendants regarding the subject of this filing, and these contents are agreed.

<u>/s/ Reza Mirzaie</u>