IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>        Plaintiff,<br>  v.<br><br>NXP SEMICONDUCTORS N.V., NXP B.V., and NXP USA, Inc.<br><br>        Defendants. | Case No.  7:24-cv-00028-DC-DTG |

## NXP USA, INC.'S UNOPPOSED MOTION TO AMEND CASE CAPTION

Pursuant to the Court's instructions at the Initial Pretrial Conference held on August 22, 2024, Defendant NXP USA, Inc. ("NXP") requests that the case caption be amended to remove NXP Semiconductors N.V. and NXP B.V. ("the Dismissed NXP Entities") such that NXP is listed as the sole defendant.  On May 15, 2024, Plaintiff Redstone Logics LLC ("Redstone") and NXP filed a Stipulation of Dismissal Without Prejudice reflecting the parties' agreement that the Dismissed NXP Entities be dismissed from the case.  (Dkt. 14).  On May 16, 2024, the Court issued an Order acknowledging the Stipulation of Dismissal Without Prejudice and effective dismissal of the Dismissed NXP Entities.  (Dkt. 15).  NXP respectfully requests that the case caption be amended to remove the NXP Dismissed Entities.

| | |
|---|---|
| Dated: October 29, 2024 | Respectfully submitted,<br><br>**NORTON ROSE FULBRIGHT US LLP**<br><br>By: */s/ Eric C. Green*<br><br>Richard S. Zembek<br>Texas State Bar No. 00797726<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095<br>richard.zembek@nortonrosefulbright.com |

1

Tel: (713) 651-5151
Fax: (713) 651-5246

Eric C. Green
Texas State Bar No. 24069824
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
eric.green@nortonrosefulbright.com
Tel: (512) 536-3094
Fax: (512) 536-4598

COUNSEL FOR DEFENDANT NXP USA, INC.

## CERTIFICATE OF CONFERENCE

I certify that on October 29, 2024, counsel for the parties conferred via email, and Plaintiff does not oppose this motion.

*/s/ Eric C. Green*
Eric C. Green

## CERTIFICATE OF SERVICE

I certify that on October 29, 2024, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/ Eric C. Green*
Eric C. Green