IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>　　　　　Plaintiff,<br>　v.<br><br>NXP SEMICONDUCTORS N.V., NXP B.V., and NXP USA, Inc.<br><br>　　　　　Defendants. | Case No.  7:24-cv-00028-DC-DTG |

**ORDER**

Having considered Defendant NXP USA, Inc.'s Unopposed Motion to Amend Case Caption, the Court **GRANTS** the motion and **ORDERS** that NXP Semiconductors N.V. and NXP B.V. be removed from the caption of this case.