**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

REDSTONE LOGICS LLC,

                Plaintiff,

     v.

NXP SEMICONDUCTORS N.V., NXP B.V., and
NXP USA, Inc.

              Defendants.

Case No.  7:24-cv-00028-DC-DTG

## <u>ORDER</u>

Having considered Defendant NXP USA, Inc.'s Unopposed Motion to Amend Case

Caption, the Court **GRANTS** the motion and **ORDERS** that NXP Semiconductors N.V. and

NXP B.V. be removed from the caption of this case.

     **SO ORDERED.**

Dated: _____

                          _____
                          Hon. Derek T. Gilliland
                          United States Magistrate Judge