IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC, | § |
| Plaintiff, | § § § |
| v. | § No. 7:24-cv-00028-DC-DTG § |
| NXP SEMICONDUCTORS N.V., NXP B.V., AND NXP USA, INC. | § § § |
| Defendants. | § § |

## ORDER

After consideration of the Opening Claim Construction brief [ECF No. 39], the Court hereby appoints Dr. Joshua J. Yi as the Court's technical advisor in this case, with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed. The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials ("claim construction materials") in PDF form to:

Dr. Joshua J. Yi
13492 Research Blvd., Ste. 120, #445
Austin, TX 78750
Email: josh@joshuayipatentlaw.com

For claim construction materials that have already been filed as of the date of this Order, the filing party is **ORDERED** to provide copies to Dr. Yi within two weeks of this Order. For claim construction materials that are filed after the date of this Order, the filing party is **ORDERED** to provide copies to Dr. Yi within three business days after filing.

SIGNED this 13th day of December, 2024.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDG