**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>          Plaintiff,<br>   v.<br><br>NXP SEMICONDUCTORS N.V., et al..<br><br>          Defendants. | Case No.  7:24-cv-00028-DC-DTG |

**DECLARATION OF REZA MIRZAIE IN SUPPORT OF
PLAINTIFFS' RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Reza Mirzaie, declare and state as follows:

1.     I am a member of the State Bar of California and an attorney at the firm of Russ August & Kabat, counsel of record for Plaintiff Redstone Logics LLC in the above-captioned action. I submit this declaration in support of Plaintiffs' Responsive Claim Construction Brief. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2.     Attached as Exhibit 1 is a true and correct copy of Dynamic Voltage and Frequency Scaling Circuits with Two Supply Voltages by Cheng et al.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on January 8, 2025 at Los Angeles, California.

*/s/ Reza Mirzaie*
Reza Mirzaie