# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| REDSTONE LOGICS LLC | § | |
| | § | |
| vs. | § | NO:   MO:24-CV-00028-DC-DTG |
| | § | |
| NXP SEMICONDUCTORS N.V., NXP B.V., NXP USA, INC. | § | |
| *Defendant* | | |

## ORDER SETTING MARKMAN HEARING HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for MARKMAN HEARING HELD IN PERSON, in U.S. District Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on Wednesday, February 19, 2025 at 02:00 PM (2 hour time block with Case No. 7:24-CV-0029-DC-DTG). The hearing is also available for attorneys to appear remotely and a zoom hearing link will be available. Parties are to advise the Court within two (2) business days before the date of the hearing by emailing txwdml_nojudge_chambers_wa_judgegilliland@txwd.uscourts.gov with how counsel will appear so the Court can make necessary preparations.

**IT IS SO ORDERED** this **17th day of January, 2025**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE