# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>      Plaintiff,<br>v.<br><br>NXP SEMICONDUCTORS N.V., et al..<br><br>      Defendants. | Case No.  7:24-cv-00028-DC-DTG |

## DECLARATION OF REZA MIRZAIE IN SUPPORT OF
## PLAINTIFFS' SUR-REPLY CLAIM CONSTRUCTION BRIEF

I, Reza Mirzaie, declare and state as follows:

1. I am a member of the State Bar of California and an attorney at the firm of Russ August & Kabat, counsel of record for Plaintiff Redstone Logics LLC in the above-captioned action. I submit this declaration in support of Plaintiffs' Sur Reply Claim Construction Brief. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the Declaration of Murali Annavaram, Ph.D. In Support of Petition For *Inter Partes* Review (IPR2025-00485) of U.S. Patent No. 8,549,339.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on Februay 5, 2025 at Los Angeles, California.


                                            */s/ Reza Mirzaie*
                                            Reza Mirzaie