**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NXP USA, Inc.,<br><br>    Defendant. | Case No. 7:24-cv-00028-DC-DTG<br><br>JURY TRIAL DEMANDED |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Court's First Amended Scheduling Order (Dkt. 36), the Parties submit this Joint Claim Construction Statement. The claim terms identified below as agreed upon or being in dispute are found in U.S. Patent No. 8,549,339 (Dkt. 1-1).

**LIST OF DISPUTED TERMS**

| | Claim Term | Claims | Redstone's Proposed Construction | NXP's Proposed Construction |
|---|---|---|---|---|
| 1. | "the first clock signal is independent from the second clock signal"<br>[NXP Term] | 1, 21 | Plain and ordinary meaning | Plain and ordinary meaning, where the plain and ordinary meaning requires that the first and second clock signals are provided by or processed (i.e., divided or multiplied) from different reference oscillator clocks. |
| 2. | "each processor core from the first/second set of processor cores is configured to dynamically receive a first/second supply voltage [from a power control block] | 1, 21 | Plain and ordinary meaning | Indefinite |

- 1 -

- 2 -

|   | **Claim Term** | **Claims** | **Redstone's Proposed Construction** | **NXP's Proposed Construction** |
|---|---|---|---|---|
|   | and a first/second output clock signal" [NXP Term] |   |   |   |
| 3. | "located in a periphery of the multi-core processor" [NXP Term] | 5 | Plain and ordinary meaning | Indefinite |
| 4. | "located in a common region that is substantially central to the first set of processor cores and the second set of processor cores" [NXP Term] | 14 | Plain and ordinary meaning | Indefinite |

### LIST OF AGREED UPON TERMS

|   | **Claim Term** | **Claims** | **Agreed Upon Construction** |
|---|---|---|---|
| 5. | "a first/second set of processor cores," [NXP / Redstone Term] | 1, 21 | "a first/second group of two or more processor cores" |

| | |
|---|---|
| Dated: February 10, 2025 | Respectfully submitted, |
| By: */s/ Reza Mirzaie* | By: */s/ Eric Green* |

Reza Mirzaie, SBN 246953
Email: rmirzaie@raklaw.com
Marc A. Fenster, SBN 181067
Email: mfenster@raklaw.com
Neil A. Rubin, SBN 250761
Email: nrubin@raklaw.com
Christian W. Conkle, SBN 306374
Email: cconkle@raklaw.com
Jonathan Ma, SBN 312773
Email: jma@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Qi (Peter) Tong
Texas State Bar No. 24119042
Email: ptong@raklaw.com
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, Texas 75206
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Counsel For Plaintiff Redstone Logistics LLC*

Richard S. Zembek
Texas State Bar No. 00797726
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street, Suite 2000
Houston, Texas 77010-4106
richard.zembek@nortonrosefulbright.com
Tel: (713) 651-5151
Fax: (713) 651-5246

Eric C. Green
Texas State Bar No. 24069824
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
eric.green@nortonrosefulbright.com
Tel: (512) 536-3094
Fax: (512) 536-4598

*Counsel For Defendant NXP USA, Inc.*

- 4 -

## **CERTIFICATE OF SERVICE**

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this February 10, 2025 with a copy of this document via the Court's CM/ECF System.

                                        */s/ Reza Mirzaie*
                                        Reza Mirzaie