IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| REDSTONE LOGICS LLC, | § § § | |
| Plaintiff, | § § | NO. 7:24-cv-00028-DC-DG |
| v. | § § | |
| NXP USA, INC. | § § | |
| Defendant. | § § § | |

## NOTICE OF APPEARANCE BRETT A. MCKEAN

Brett A. McKean makes his appearance as counsel on behalf of Defendant NXP USA, Inc. ("NXP"). He is a member in good standing with the bar of this Court and is registered as a Filing User for its Electronic Filing System. He requests service of pleadings and orders in accord with the Local Rules through the contact information as noted below.

February 14, 2025	Respectfully submitted,

By:  /s/ *Brett A. McKean*

Richard S. Zembek (SBN 00797726)
richard.zembek@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel:    (713) 651-5151
Fax:    (713) 651-5246

Eric C. Green (SBN 24069824)
Eric.green@nortonrosefulbright.com
Brett A. McKean (SBN 24057994)
brett.mckean@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Tel:    (512) 474-5201
Fax:    (512) 536-4598

**COUNSEL FOR DEFENDANT NXP USA, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 14, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

By: */s/ Brett A. McKean*