IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| REDSTONE LOGICS LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case. No. 7:24-CV-00028-ADA-DTG |
| NXP USA, INC., | § § § | |
| *Defendant*. | § § § | |

**ORDER**

Defendant NXP USA Inc.'s Objections To The Magistrate Judge's Report And Recommendation Denying NXP's Renewed Motion To Dismiss For Failure To State A Claim are hereby SUSTAINED. Therefore, Defendant NXP USA, Inc.'s Renewed Motion to Dismiss for Failure to State a Claim is hereby GRANTED. Plaintiff Redstone, LLC's Amended Complaint—including its claims of direct and induced infringement by NXP USA, Inc.—is DISMISSED WITHOUT PREJUDICE.

**SIGNED** this _____ day of _____, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE