IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **REDSTONE LOGICS LLC,**<br>*Plaintiff,* | §<br>§<br>§<br>§ | |
| **v.** | §<br>§ | 7:24-CV-00028-ADA-DTG |
| **NXP USA, INC.,**<br>*Defendant.* | §<br>§<br>§<br>§ | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. ECF No. 52. The Report recommends that Defendant NXP USA Inc.'s Renewed Motion to Dismiss for Failure to State a Claim (ECF No. 19) be denied. The Report and Recommendation was filed on March 10, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on March 24, 2025. ECF No. 54. The Court has conducted a *de novo* review of Defendant NXP USA Inc.'s Renewed Motion to Dismiss for Failure to State a Claim (ECF No. 19), Plaintiff's Amended Complaint (ECF No. 18), Plaintiff's Response (ECF No. 23), Defendant NXP USA Inc.'s Reply (ECF No. 24), the Report and Recommendation (ECF No. 52), the objections to the Report and Recommendation (ECF No. 52), and the applicable laws.

1

After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland (ECF No. 52) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant NXP USA Inc.'s objections (ECF No. 53) are **OVERRULED**.

**IT IS FURTHER ORDERED** that Defendant NXP USA Inc.'s Renewed Motion to Dismiss for Failure to State a Claim (ECF No. 19) is **DENIED** in accordance with the Report and Recommendation.

SIGNED this 26th day of March, 2025.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**