**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>　　　　　Plaintiff,<br>　v.<br><br>NXP USA, Inc.<br><br>　　　　　Defendants. | Case No.  7:24-cv-00028-ADA-DTG |
| REDSTONE LOGICS LLC,<br><br>　　　　　Plaintiff,<br>　v.<br><br>MEDIATEK, INC. AND MEDIATEK USA, INC.<br><br>　　　　　Defendants. | Case No.  7:24-cv-00029-ADA-DTG |

**JOINT MOTION TO EXTEND DEADLINE**

Plaintiff Redstone Logics LLC and Defendants NXP USA, Inc. and MediaTek, Inc. and MediaTek USA, Inc. (collectively "the Parties") respectfully jointly move to extend the deadline to serve final contentions from April 16, 2025 to April 30, 2025. No other deadlines will be affected by this amendment to the Scheduling Order.

The Parties represent that this Motion is not filed for the purposes of delay but rather so that justice may be served. Good cause exists for the parties to use the time to seek discovery needed to prepare final infringement and invalidity contentions. The Parties have met and conferred and are jointly seeking the relief sought in this Motion.

1

Dated: March 27, 2025

Respectfully submitted,

By: */s/ Christian W. Conkle*

**RUSS AUGUST & KABAT**
Reza Mirzaie, SBN 246953
Email: rmirzaie@raklaw.com
Marc A. Fenster, SBN 181067
Email: mfenster@raklaw.com
Neil A. Rubin, SBN 250761
Email: nrubin@raklaw.com
Christian W. Conkle, SBN 306374
Email: cconkle@raklaw.com
Jonathan Ma, SBN 312773
Email: jma@raklaw.com

Joshua Scheufler, SBN 24123406

Email: jscheufler@raklaw.com

12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Qi (Peter) Tong
TX SBN 24119042
Email: ptong@raklaw.com

4925 Greenville Avenue, Suite 200
Dallas, TX 75206
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff Redstone Logics LLC*

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Eric C. Green*

Richard S. Zembek
Texas State Bar No. 00797726
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
richard.zembek@nortonrosefulbright.com
Tel: (713) 651-5151
Fax: (713) 651-5246

Eric C. Green

2

Texas State Bar No. 24069824
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
eric.green@nortonrosefulbright.com
Tel: (512) 536-3094
Fax: (512) 536-4598

COUNSEL FOR DEFENDANT NXP USA, INC.

By: */s/ Brock S. Weber*

Christopher Kao (*admitted*)
  christopher.kao@pillsburylaw.com
Brock S. Weber (*admitted*)
  brock.weber@pillsburylaw.com
**Pillsbury Winthrop Shaw Pittman LLP**
4 Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone:  415.983.1000
Facsimile:   415.983.1200

Benjamin L. Bernell (TX Bar No. 24059451)
ben.bernell@pillsburylaw.com
**Pillsbury Winthrop Shaw Pittman LLP**
401 Congress Avenue, Suite 1700
Austin, TX  78701-3797
Telephone: 512.580.9600
Facsimile:  512.580.9601

*Counsel for Defendants*
*MediaTek USA Inc. and MediaTek Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on March 27, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/  Christian W. Conkle*

## **CERTIFICATE OF CONFERENCE**

I certify that counsel for Plaintiff conferred with counsel for Defendants regarding the subject of this filing, and these contents are agreed.

*/s/ Christian W. Conkle*