**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>        Plaintiff,<br>v.<br><br>NXP USA, Inc.<br><br>        Defendants. | Case No.  7:24-cv-00028-ADA-DTG |
| REDSTONE LOGICS LLC,<br><br>        Plaintiff,<br>v.<br><br>MEDIATEK, INC. AND MEDIATEK USA, INC.<br><br>        Defendants. | Case No.  7:24-cv-00029-ADA-DTG |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE**

Before the Court is the Parties' Joint Motion to Extend Deadline. The Parties request the deadline to serve final contentions be extended from April 16, 2025 to April 30, 2025. The Court, finding good cause, hereby **GRANTS** the Joint Motion and **ORDERS** the deadline to serve final contentions in the above captioned cases be extended to April 30, 2025.

IT IS SO ORDERED.

Dated: _____          _____

                                                                                     Hon. Derek T. Gilliland

                                                                                     U.S. Magistrate Judge