# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>　　　　Plaintiff,<br>　v.<br><br>NXP USA, Inc.<br><br>　　　　Defendants. | Case No.  7:24-cv-00028-ADA-DTG |

## JOINT MOTION TO EXTEND DEADLINE

Plaintiff Redstone Logics LLC and Defendant NXP USA, Inc. (collectively "the Parties") respectfully jointly move to extend the deadline to serve final contentions from to April 30, 2025 to May 30, 2025. No other deadlines will be affected by this amendment to the Scheduling Order.

The Parties represent that this Motion is not filed for the purposes of delay but rather so that justice may be served. Good cause exists for the parties to use the time to seek discovery, including third-party discovery, needed to prepare final infringement and invalidity contentions. The Parties have met and conferred and are jointly seeking the relief sought in this Motion.

| | |
|---|---|
| Dated: April 30, 2025 | Respectfully submitted,<br><br>By: */s/ Joshua Scheufler*<br>**RUSS AUGUST & KABAT**<br>Reza Mirzaie, SBN 246953<br>Email: rmirzaie@raklaw.com<br>Marc A. Fenster, SBN 181067<br>Email: mfenster@raklaw.com<br>Neil A. Rubin, SBN 250761<br>Email: nrubin@raklaw.com<br>Christian W. Conkle, SBN 306374<br>Email: cconkle@raklaw.com<br>Jonathan Ma, SBN 312773<br>Email: jma@raklaw.com |

1

Joshua Scheufler, SBN 24123406

Email: jscheufler@raklaw.com

12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Qi (Peter) Tong
TX SBN 24119042
Email: ptong@raklaw.com

4925 Greenville Avenue, Suite 200
Dallas, TX 75206
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff Redstone Logics LLC*

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Eric C. Green*

Richard S. Zembek
Texas State Bar No. 00797726
1550 Lamar Street, Suite 2000
Houston, Texas 77010
richard.zembek@nortonrosefulbright.com
Tel: (713) 651-5151
Fax: (713) 651-5246

Eric C. Green
Texas State Bar No. 24069824
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
eric.green@nortonrosefulbright.com
Tel: (512) 536-3094
Fax: (512) 536-4598

COUNSEL FOR DEFENDANT NXP USA, INC.

## CERTIFICATE OF SERVICE

I certify that on April 30, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/ Joshua Scheufler*

## CERTIFICATE OF CONFERENCE

I certify that counsel for Plaintiff conferred with counsel for Defendant regarding the subject of this filing, and these contents are agreed.

*/s/     Joshua Scheufler*
