IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>   Plaintiff,<br> v.<br><br>NXP USA, Inc.<br><br>   Defendants. | Case No.  7:24-cv-00028-ADA-DTG |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE**

 Before the Court is the Parties' Joint Motion to Extend Deadline. The Parties request the deadline to serve final contentions be extended from April 30, 2025 to May 30, 2025. The Court, finding good cause, hereby **GRANTS** the Joint Motion and **ORDERS** the deadline to serve final contentions in the above captioned cases be extended to May 30, 2025.

 IT IS SO ORDERED.


Dated: _____       _____

                      Hon. Derek T. Gilliland

                      U.S. Magistrate Judge