IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>        Plaintiff,<br>v.<br><br>NXP USA, Inc..<br><br>        Defendants. | Case No. 7:24-cv-00028-ADA-DTG |

### PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS

Plaintiff Redstone Logics LLC ("Redstone") hereby answers Defendant NXP USA, Inc.'s, ("NXP") counterclaims as follow:

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Admit that Defendant's counterclaims arise under the patent laws of the United States and that the Court has subject matter jurisdiction over such claims. Deny any other allegations in this paragraph.

7. Admit.

8. Admit.

**FIRST COUNTERCLAIM: DECLARATORY JUDGMENT OF NON-INFRINGEMENT**

9. Redstone realleges Paragraphs 1-8 as though fully set forth herein and denies any allegation not otherwise admitted above.

1

10. Deny.

## SECOND COUNTERCLAIM: DECLARATORY JUDGMENT OF INVALIDITY

11. Redstone realleges Paragraphs 1-10 as though fully set forth herein and denies any allegation not otherwise admitted above.

12. Deny.

13. Deny.

## RELIEF REQUESTED

In response to NXP's prayer for relieve, Redstone denies that NXP is entitled to any relief, including any of the relief requested in paragraphs A-F of NXP's prayer for relief. Further, Redstone requests the following relief:

WHEREFORE, Redstone respectfully requests that this Court enter:

A. A judgment in favor of Plaintiff on all counterclaims asserted by Defendant;

B. An adjudication that Defendant are not entitled to any relief on its counterclaims, including, without limitation, any fine or damages;

C. A dismissal with prejudice of Defendant's counterclaims;

D. A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Plaintiff its reasonable attorneys' fees against Defendant;

E. Plaintiff's costs of suit against Defendant; and

F. Any and all other relief as the Court may deem appropriate and just under the circumstances.

## DEMAND FOR JURY TRIAL

Plaintiff demand a trial by jury on all issues so triable.

Dated: May 1, 2025                                    Respectfully submitted,

                                         */s/ Reza Mirzaie*
                                         **RUSS AUGUST & KABAT**
Reza Mirzaie, SBN 246953
Email: rmirzaie@raklaw.com
Marc A. Fenster, SBN 181067
Email: mfenster@raklaw.com
Neil A. Rubin, SBN 250761
Email: nrubin@raklaw.com
Christian W. Conkle, SBN 306374
Email: cconkle@raklaw.com
Jonathan Ma, SBN 312773
Email: jma@raklaw.com
Joshua Scheufler, SBN 24123406
Email: jscheufler@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
Qi (Peter) Tong
TX SBN 24119042
Email: ptong@raklaw.com
4925 Greenville Avenue, Suite 200
Dallas, TX 75206
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff Redstone Logics LLC*

## CERTIFICATE OF SERVICE

I certify that on May 1, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

                                                                                                             /s/    *Reza Mirzaie*
                                                                                                             Reza Mirzaie