IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC<br><br>*Plaintiff,*<br><br>v.<br><br>NXP USA, INC.<br><br>*Defendants*. | Case No. 7:24-cv-00028-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF RESOLUTION

Plaintiff Redstone Logics LLC and Defendant NXP USA, Inc. hereby file this Joint Motion to Stay All Deadlines. An agreement in principle has been reached that resolves all matters in controversy, and the parties request that the Court stay the remaining case deadlines for 30 days to finalize the resolution and prepare appropriate dismissal papers for the Court.

Dated: May 1, 2025

By: */s/* Eric C. Green
Richard S. Zembek (SBN 00797726)
richard.zembek@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street, Suite 2000
Houston, Texas 77010-4106
Tel: (713) 651-5151
Fax: (713) 651-5246

Eric C. Green (SBN 24069824)
eric.green@nortonrosefulbright.com
Brett A. McKean (SBN 24057994)
brett.mckean@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100

Respectfully submitted,

By: */s/* Joshua Scheufler
**RUSS AUGUST & KABAT**
Reza Mirzaie, SBN 246953
Email: rmirzaie@raklaw.com
Marc A. Fenster, SBN 181067
Email: mfenster@raklaw.com
Neil A. Rubin, SBN 250761
Email: nrubin@raklaw.com
Christian W. Conkle, SBN 306374
Email: cconkle@raklaw.com
Jonathan Ma, SBN 312773
Email: jma@raklaw.com

Joshua Scheufler, SBN 24123406
Email: jscheufler@raklaw.com

1

Austin, Texas 78701
Tel: (512) 474-5201
Fax: (512) 536-4598

**COUNSEL FOR DEFENDANT NXP USA, INC.**

12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Qi (Peter) Tong
TX SBN 24119042
Email: ptong@raklaw.com

4925 Greenville Avenue, Suite 200
Dallas, TX 75206
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff Redstone Logics LLC*

## CERTIFICATE OF SERVICE

I certify that on May 1, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

/s/ Joshua Scheufler

## CERTIFICATE OF CONFERENCE

I certify that counsel for Plaintiff conferred with counsel for Defendants regarding the subject of this filing, and these contents are agreed.

/s/ Joshua Scheufler