IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **REDSTONE LOGISTICS LLC**<br>*Plaintiff,*<br><br>v.<br><br>**NXP USA, INC., et al.,**<br>*Defendants.* | § § § § § § § § § | CASE NO. 7:24-CV-00028-ADA-DTG |

## ORDER STAYING ALL DEADLINES

Before the Court is the Parties' Joint Motion to Stay (ECF No. 61). On May 1, 2025, the Parties submitted a Joint Motion to Stay and Notice of Settlement requesting a thirty (30) day stay of all unreached deadlines. ECF No. 61. Accordingly, the Court **ORDERS** that all deadlines in this action are **STAYED** until June 4, 2025. On or before that date, the Parties are **ORDERED** to either file the appropriate dismissal papers or move for entry of an amended scheduling order.

It is further **ORDERED** that the Parties' Joint Motions to Extend Scheduling Order Deadlines (ECF Nos. 56 & 59) are **DENIED AS MOOT**.

**SIGNED** this 5th day of May, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE