IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| REDSTONE LOGICS LLC,<br>*Plaintiff,* | § § § | |
| -v- | § § § | 7:24-CV-000028-ADA-DTG |
| NXP SEMICONDUCTORS N.V., NXP B.V., AND NXP USA, INC.,<br>*Defendants.* | § § § § | |

### ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as technical advisor on this case.

The Court **ORDERS** the parties to submit payment to Dr. Yi promptly as follows:

Plaintiff:        $13,856.70
Defendants:   $13,856.70

The parties shall contact Dr. Yi for instructions on the methods of payment.

**SIGNED** this 6th day of May, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE