# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REDSTONE LOGICS LLC<br><br>*Plaintiff,*<br><br>v.<br><br>NXP USA, INC.,<br><br>*Defendants*. | Case No. 7:24-cv-00028-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Redstone Logics LLC ("Plaintiff") and Defendant NXP USA, Inc. ("Defendant") announced to the Court that they have resolved Plaintiff's claims for relief against Defendant asserted in this case and Defendant's claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case. Plaintiff and Defendant have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses and/or counterclaims for relief against plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered the request, is of the opinion that their request for dismissal should be granted.

IT IS THERFORE ORDERED that Plaintiff's claims for relief against Defendant are dismissed with prejudice and Defendant's claims, defenses and/or counterclaims for relief against Plaintiff are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.